**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,             Case No.   11-CR-20129-6
                                                    11-CR-20066-2

vs.

PAUL ANTHONY DARRAH,

      Defendant.
_____/

## ORDER FOR DETENTION PENDING TRIAL

A hearing was held on July 23, 2012 on the Government's Appeal of a Bond set by Magistrate Judge Whelan as to defendant Paul Darrah. For the reasons stated on the record, to reasonably assure Mr. Darrah's appearance, the safety of others and the community, the request for bond is **DENIED**. Therefore,

IT IS HEREBY ORDERED that the defendant is **REMANDED** to the custody of the United States Marshal until further order of the court.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 30, 2012, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522