UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 11-cr-20066-8 &
11-cr-20129-14
Hon.: Robert H. Cleland

MICHAEL RICH,

    Defendant.
_____/

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

Defendant having appeared, bond being continued and upon Defendants' oral motion, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the U.S. Marshall furnish Defendant, Michael Rich, with one-way, non-custodial transportation from Detroit, Michigan to Birmingham, Alabama.

Dated: October 23, 2012

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          United States District Judge